UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Victor Collins (5),

    Defendant.

Case No. 24-cr-293 (PJS/DTS)

**ORDER**

The Government requests a one-week extension of time to file its post-hearing brief as to Defendant Victor Collins. Dkt. No. 566. Collins does not oppose the extension. *Id.*

**IT IS HEREBY ORDERED**:

1. The Government's Motion for an Extension of Time to File Post-Hearing Brief (Dkt. No. 566) is **GRANTED**.

2. The Government shall file its responsive post-hearing brief on or before January 27, 2026.

Dated: January 20, 2026

    s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge